No. 90–6566. MEDVED v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–6567. MACHADO-PUERTA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–6568. SIMPKINS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–6569. TIDWELL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–6570. RENEER ET AL. v. WALL ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–6571. DEMOS v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON. C. A. 9th Cir. Certiorari denied.

No. 90–6572. CONBOY v. ROBERT W. BAIRD & CO., INC. C. A. 4th Cir. Certiorari denied.

No. 90–6573. GURLEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–6574. GUTIERREZ-JARAMILLO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–6576. SCEIFERS v. ZWICKEY ET AL. Ct. App. Ind. Certiorari denied.

No. 90–6577. SMITH v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 90–6579. EAD v. DENAPOLI. App. Ct. Mass. Certiorari denied.

No. 90–6580. SMITH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–6585. MOWBRAY v. TEXAS. Ct. App. Tex., 13th Dist. Certiorari denied.

No. 90–6587. RUBINS v. DIESSLIN, WARDEN. C. A. 10th Cir. Certiorari denied.